UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| DAWOOD, VENA | § | Case No. 10-32000 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/26/2014 in Courtroom 613,
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/24/2014          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| DAWOOD, VENA | § § | Case No. 10-32000 |
| Debtor(s) | § § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,500.00 |
| and approved disbursements of | $ | 12,138.49 |
| leaving a balance on hand of[1] | $ | 15,361.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008 | Dr. Thomas McNulty | $ 6,595.00 | $ 6,595.00 | $ 0.00 | $ 4,321.87 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 4,321.87 |
| Remaining Balance | $ | 11,039.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 39.64 | $ 0.00 | $ 39.64 |
| Other: CLERK OF THE U.S. BANKRUPTCY COURT | $ 250.00 | $ 250.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Stephen G. Pinto | $ 11,000.00 | $ 11,000.00 | $ 0.00 |
| Other: Stephen G. Pinto | $ 700.20 | $ 700.20 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $  11,039.64

Remaining Balance  $  0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,308.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 7,548.08 | $ 0.00 | $ 0.00 |
| 000002 | MIDLAND FUNDING LLC | $ 3,511.12 | $ 0.00 | $ 0.00 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 3,308.17 | $ 0.00 | $ 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | $ 8,851.87 | $ 0.00 | $ 0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | $ 65.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC/B-Line, LLC | $ 2,024.34 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-32000-TAB
Vena Dawood                                                               Chapter 7
      Debtor            **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: acox              Page 1 of 2              Date Rcvd: Feb 25, 2014
                               Form ID: pdf006         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2014.
```
db         +Vena Dawood,   9720 Kildare Ave.,    Skokie, IL 60076-1151
aty        +Stephen G Pinto,   111 W Washington    Suite 1521,   Chicago, IL 60602-2728
aty        +William Cross,   Frank/Gecker LLP,    325 N. LaSalle St.,   Chicago, IL 60654-6465
15866825    Accounts Receivable Mg,   155 Mid Atlantic Parkway,    Thorofare, NJ 08086
18834083    American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18834082    American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15866826   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15866828   #+Baker & Miller,   29 N. Wacker Drive,    Chicago, IL 60606-3227
15866831  ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
            (address filed with court: Chase,   Po Box 1093,    Northridge, CA 91328)
15866829   +Ccs/First National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
15866832   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20118576   +Chiropractic Centre of Highland Park,    Attn: Dr. Thomas McNulty,   210 Skokie Valley Road, #7,
             Highland Park, IL 60035-4464
15866834   +Citifinancial Retail S,   Po Box 22066,   Tempe, AZ 85285-2066
20118536   +Dr. Thomas McNulty,   210 Skokie Valley Road, #7,    Highland Park, IL 60035-4464
15866836   +Equable Ascent Financi,   1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
15866838   +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
15866839   +Michael D. Fine, Esq.,   131 South Dearborn St., 5th Floor,    Chicago, IL 60603-5571
19927241    Midland Funding LLC,   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
18741327  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,
             Citifinancial, Inc (Wickes Furniture),   by PRA Receivables Mgmt, LLC,    POB 41067,
             Norfolk VA 23541)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18639817    E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2014 01:26:35     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18537134    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2014 01:26:16     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany OH 43054-3025
15866835   +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2014 01:27:45     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
15866837   +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2014 01:27:30     Gemb/Care Credit,   Po Box 981439,
             El Paso, TX 79998-1439
15866842   +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 26 2014 01:21:45     Nco Fin/22,
             507 Prudential Rd,   Horsham, PA 19044-2308
18921810   +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2014 01:25:33
             PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,    Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
19927242    E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2014 01:26:35
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
aty           Law Offices of Stephen G Pinto, Ltd
15866827*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15866830*    +Ccs/First National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
15866833*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15866840*    +Michael D. Fine, Esq.,   131 South Dearborn St., 5th Floor,    Chicago, IL 60603-5571
15866841   ##+Nationwide Recovery Sy,   2304 Tarpley Rd Ste 134,   Carrollton, TX 75006-2470
                                                                                TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1            User: acox                  Page 2 of 2                  Date Rcvd: Feb 25, 2014
                                Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2014 at the address(es) listed below:
              Alexey Y Kaplan    on behalf of Debtor Vena   Dawood alex@alexkaplanlegal.com
              Frances  Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard N Golding    on behalf of Defendant Mathew   Dawood rgolding@goldinglaw.net
              Zane L Zielinski    on behalf of Creditor Thomas   McNulty, DC zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
              Zane L Zielinski    on behalf of Plaintiff Frances   Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
              Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 7
```