UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-32000 |
| VENA DAWOOD, | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $7,500.00;

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $39.64; and

3. Frances Gecker, the Chapter 7 Trustee, is authorized to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $7,539.64.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 26, 2014

**Prepared by:**

Zane L. Zielinski (IL ARDC #6278776)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com