**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAWOOD, VENA | § | Case No. 10-32000 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 375.00<br>*(Without deducting any secured claims)* | Assets Exempt: 1,960.00 |
| Total Distributions to Claimants: 4,321.87 | Claims Discharged<br>Without Payment: 59,782.58 |
| Total Expenses of Administration: 23,178.13 | |

3) Total gross receipts of $ 27,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 27,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 106,648.00 | $ 6,595.00 | $ 6,595.00 | $ 4,321.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,575.13 | 23,428.13 | 23,178.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,186.00 | 31,903.58 | 31,903.58 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 159,834.00 | $ 63,073.71 | $ 61,926.71 | $ 27,500.00 |

4) This case was originally filed under chapter 7 on 07/19/2010 . The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/06/2014 By:/s/Frances Gecker

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending personal injury law suit | 1142-000 | 27,500.00 |
| **TOTAL GROSS RECEIPTS** | | $ 27,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 1093 Northridge, CA 91328 | | 106,648.00 | NA | NA | 0.00 |
| 000008 | DR. THOMAS MCNULTY | 4220-000 | NA | 6,595.00 | 6,595.00 | 4,321.87 |
| **TOTAL SECURED CLAIMS** | | | $ 106,648.00 | $ 6,595.00 | $ 6,595.00 | $ 4,321.87 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| FRANCES GECKER | 2100-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.25 | 14.25 | 14.25 |
| Bank of New York Mellon | 2600-000 | NA | 12.87 | 12.87 | 12.87 |
| Bank of New York Mellon | 2600-000 | NA | 23.45 | 23.45 | 23.45 |
| Bank of New York Mellon | 2600-000 | NA | 22.66 | 22.66 | 22.66 |
| Bank of New York Mellon | 2600-000 | NA | 23.38 | 23.38 | 23.38 |
| Bank of New York Mellon | 2600-000 | NA | 22.59 | 22.59 | 22.59 |
| Bank of New York Mellon | 2600-000 | NA | 23.31 | 23.31 | 23.31 |
| Bank of New York Mellon | 2600-000 | NA | 23.28 | 23.28 | 23.28 |
| Bank of New York Mellon | 2600-000 | NA | 22.50 | 22.50 | 22.50 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2990-000 | NA | 250.00 | 250.00 | 0.00 |
| FRANKGECKER LLP | 3110-000 | NA | 8,640.97 | 7,500.00 | 7,500.00 |
| FRANKGECKER LLP | 3120-000 | NA | 45.67 | 39.64 | 39.64 |
| STEPHEN G. PINTO | 3210-000 | NA | 11,000.00 | 11,000.00 | 11,000.00 |
| STEPHEN G. PINTO | 3220-000 | NA | 700.20 | 700.20 | 700.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,575.13 | $ 23,428.13 | $ 23,178.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accounts Receivable Mg 155 Mid Atlantic Parkway Thorofare, NJ 08086 | | 157.00 | NA | NA | 0.00 |
| | Ccs/First National Ban 500 E 60th St N Sioux Falls, SD 57104 | | 425.00 | NA | NA | 0.00 |
| | Ccs/First National Ban 500 E 60th St N Sioux Falls, SD 57104 | | 425.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 16,576.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,275.00 | NA | NA | 0.00 |
| | Gemb/Care Credit Po Box 981439 El Paso, TX 79998 | | 3,511.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 344.00 | NA | NA | 0.00 |
| | Nco Fin/22 507 Prudential Rd Horsham, PA 19044 | | 166.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 65.00 | 65.00 | 65.00 | 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 8,851.00 | 8,851.87 | 8,851.87 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CHIROPRACTIC CENTRE OF HIGHLAND PAR | 7100-000 | NA | 6,595.00 | 6,595.00 | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | 7,548.00 | 7,548.08 | 7,548.08 | 0.00 |
| 000002 | MIDLAND FUNDING LLC | 7100-000 | 3,511.00 | 3,511.12 | 3,511.12 | 0.00 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 3,308.00 | 3,308.17 | 3,308.17 | 0.00 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 2,024.00 | 2,024.34 | 2,024.34 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 53,186.00 | $ 31,903.58 | $ 31,903.58 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-32000 TAB Judge: Timothy A. Barnes
Case Name: DAWOOD, VENA

For Period Ending: 06/06/14

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 07/19/10 (f)
341(a) Meeting Date: 09/21/10
Claims Bar Date: 05/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand<br>Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at JP Morgan Chase<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Savings account at JP Morgan Chase<br>Debtor Claimed Exemption | 230.00 | 0.00 | | 0.00 | FA |
| 4. General and ordinary household goods and furnishin<br>Debtor Claimed Exemption | 750.00 | 375.00 | | 0.00 | FA |
| 5. Necessary wearing apparel<br>Debtor Claimed Exemption | 350.00 | 0.00 | | 0.00 | FA |
| 6. Pending personal injury law suit<br>Vena Dawood v. Eliza Hanan, individually and as agent for David Shapiro, and David Shapiro, case no. 2009 L 013013 | 15,000.00 | 27,500.00 | | 27,500.00 | FA |
| 7. AVOIDANCE ACTION (u) | 0.00 | 130,000.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $17,335.00 | $157,875.00 | | $27,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-32000 TAB Judge: Timothy A. Barnes
Case Name: DAWOOD, VENA

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 07/19/10 (f)
341(a) Meeting Date: 09/21/10
Claims Bar Date: 05/21/12

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE AND FUNDS WERE DISTRIBUTED ON 3/31/14.

Initial Projected Date of Final Report (TFR): 12/01/11 Current Projected Date of Final Report (TFR): 11/01/13

/s/ Frances Gecker
__________________________________________ Date: __________________
FRANCES GECKER

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-32000 -TAB
Case Name: DAWOOD, VENA

Taxpayer ID No: *******0441
For Period Ending: 06/06/14

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******5940 OPERATING ACCOUNT

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/13 | 6 | CHUBB GROUP OF INSURANCE COMPANIES<br>P.O. BOX 42065<br>PHOENIX, AZ 85080-2065 | PERSONAL INJURY SETTLEMENT | 1142-000 | 27,500.00 | | 27,500.00 |
| 01/28/13 | 001000 | STEPHEN G. PINTO<br>LAW OFFICES OF STEPHEN G. PINTO, LTD.<br>111 W. WASHINGTON<br>SUITE 1521<br>CHICAGO, IL 60602 | Order dated 11/27/12<br>Fees 11,000.00<br>Expenses 700.20 | <br>3210-000<br>3220-000 | | 11,700.20 | 15,799.80 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 15,799.80 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 27,500.00 | 27,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 15,799.80 | |
| Subtotal | 27,500.00 | 11,700.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 27,500.00 | 11,700.20 | |

Page Subtotals 27,500.00 27,500.00

Ver: 18.00

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-32000 -TAB
Case Name: DAWOOD, VENA

Taxpayer ID No: *******0441
For Period Ending: 06/06/14

Trustee Name: Frances Gecker
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7061 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 15,799.80 | | 15,799.80 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 14.25 | 15,785.55 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 12.87 | 15,772.68 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 23.45 | 15,749.23 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 22.66 | 15,726.57 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 23.38 | 15,703.19 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 22.59 | 15,680.60 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 23.31 | 15,657.29 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 23.28 | 15,634.01 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 22.50 | 15,611.51 |
| 02/06/14 | 010001 | CLERK OF THE U.S. BANKRUPTCY COURT<br>for the Northern District of Illinois<br>Eastern Division<br>219 S. Dearborn Street, Room 713 | ADVERSARY CASE DEFERRAL FEE<br>Frances Gecker, Chapter 7 Trustee v. Matthew Dawood<br>Case No. 10 A 02284 | 2700-000 | | 250.00 | 15,361.51 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 15,799.80 | 438.29 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-32000 -TAB
Case Name: DAWOOD, VENA

Taxpayer ID No: *******0441
For Period Ending: 06/06/14

Trustee Name: Frances Gecker
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7061 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago, IL 60604 | | | | | |
| 03/31/14 | 010002 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 3,500.00 | 11,861.51 |
| 03/31/14 | 010003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | 7,539.64 | 4,321.87 |
| | | | Fees 7,500.00 | 3110-000 | | | |
| | | | Expenses 39.64 | 3120-000 | | | |
| 03/31/14 | 010004 | Dr. Thomas McNulty<br>210 Skokie Valley Road, #7<br>Highland Park, IL 60036 | Claim 000008, Payment 65.53% | 4220-000 | | 4,321.87 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 15,799.80 | 15,799.80 | 0.00 |
| Less: Bank Transfers/CD's | 15,799.80 | 0.00 | |
| Subtotal | 0.00 | 15,799.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 15,799.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| OPERATING ACCOUNT - ********5940 | 27,500.00 | 11,700.20 | 0.00 |
| GENERAL CHECKING - ********7061 | 0.00 | 15,799.80 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 27,500.00 | 27,500.00 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 15,361.51 |

Ver: 18.00

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-32000 -TAB
Case Name: DAWOOD, VENA

Taxpayer ID No: *******0441
For Period Ending: 06/06/14

Trustee Name: Frances Gecker
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7061 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker Date: 06/06/14
FRANCES GECKER

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.00